**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donald J. Lowry Jr.　　　　　　　　　　CHAPTER 13
　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 20-11612 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of U.S. Bank, National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,



Rebecca Solarz
12 Nov 2020, 14:47:12, EST

　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　(215) 627-1322