United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Donald J Lowry, Jr.  
    Debtor

Case No. 20-11612-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 19, 2021      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald J Lowry, Jr., 530 Deer Pointe Road, West Chester, PA 19382-8547 |
| 14483733 | + | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14495612 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14483734 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14483742 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Exxonmobil, Processing Center, Des Moines, IA 50361 |
| 14483740 | + | Chester County Hospital, POB 2701, West Chester, PA 19380-0944 |
| 14504384 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14494215 | | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14494214 | + | JPMorgan Chase Bank, N.A., et al..., c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14483744 | + | Keystone Collection Services, 220 N. Duke Street, Lancaster, PA 17602-2710 |
| 14483747 | + | PA SECU, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14483746 | + | Pa Dept Of Revenue, POB 280703, Harrisburg, PA 17128-0703 |
| 14545125 | + | U.S. Bank, National Association, as trustee for t, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14560829 | + | U.S. Bank, National Association, as trustee for th, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14483748 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, POB 790408, St Louis, MO 63179 |
| 14483749 | + | US Dept Of Education, POB 5202, Greenville, TX 75403-5202 |
| 14483750 | + | WaWA, pob 9001101, Louisville, KY 40290-1101 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 06:59:07 | JPMorgan Chase Bank, National Association, Et Al.., 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Jan 20 2021 06:53:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14483735 | + | Email/Text: bankruptcy@bbandt.com | Jan 20 2021 06:51:00 | BB&T, POB 580044, Charlotte, NC 28258-0044 |
| 14487252 | + | Email/Text: bankruptcy@bbandt.com | Jan 20 2021 06:51:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14487199 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 20 2021 06:59:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14483736 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:02:01 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14483737 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:01:53 | Care Credit, POB 960061, Orlando, FL 32896-0061 |
| 14483741 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2021 06:59:19 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 14483743 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 06:51:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14483738 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 06:59:08 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14490848 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 07:02:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14483745 | + | Email/PDF: pa_dc_claims@navient.com | Jan 20 2021 07:02:09 | Navient Solutions, NY Higher Education Services, 220 Lasley Avenue, Wilkes-Barre, PA 18706-1430 |
| 14488790 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 20 2021 06:51:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14495323 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:00:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14505068 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14503473 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 20 2021 06:59:43 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14488059 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14483739 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14495324 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021         Signature:        /s/Joseph Speetjens

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 19, 2021 Form ID: pdf900 Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Donald J Lowry Jr. get24esq@aol.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... mjclark@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :          Chapter 13

DONALD J LOWRY

               Debtor(s)                        :          Bky. No.    20-11612 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: January 19, 2021**

                                                                             **ASHELY M. CHAN**
                                                                             **U.S. BANKRUPTCY JUDGE**