**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Donald Lowry** | : CHAPTER 13 |
| Debtors | : BANKRUPTCY NO. 20-11612 |

**CERTIFICATE OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR**
**COUNSEL FEES**

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and certify the following:

1. On May 6, 2020, I served a true and correct copy of the Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2. On January 19, 2021, an Order Retaining Jurisdiction for the Allowance of Administrative Expenses was served on the Debtor, Trustee and all interested parties.

3. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court objecting to the Counsel Fee.

4. I have not received a request for any other Administrative Fees or Expenses from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order.

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 2/12/21