United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 20-11612-amc
Donald J Lowry, Jr.                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID           Recipient Name and Address**
db                         + Donald J Lowry, Jr., 530 Deer Pointe Road, West Chester, PA 19382-8547

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021                              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

**Name                            Email Address**

DENISE ELIZABETH CARLON
      on behalf of Creditor U.S. Bank  National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 bkgroup@kmllawgroup.com

GARY E. THOMPSON
      on behalf of Debtor Donald J Lowry  Jr. get24esq@aol.com

JACK K. MILLER
      on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KRISTEN D. LITTLE
      on behalf of Creditor JPMorgan Chase Bank  National Association, Et Al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
      on behalf of Creditor JPMorgan Chase Bank  National Association, Et Al... mjclark@logs.com

REBECCA ANN SOLARZ

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor U.S. Bank National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Donald Lowry, Jr.** : CHAPTER 13
**Debtors** : BANKRUPTCY NO. 20-11612

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW,** this _____ day of _____, 20__, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel Fee: $3500.00
Total paid by Debtor(s): $2000.00
$1500.00 to be paid in Plan
Filing Fee paid by Debtor(s)

The amount paid is for counsel's handling of Debtor(s) above-captioned Chapter 13 case.

In the event debtor(s) case is dismissed prior to Confirmation, the Chapter 13 Trustee is authorized to distribute to said Applicant as an Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed compensation set forth above less $2,000.00 which was paid by Debtor(s).

Date:_____                    _____
                                                                      J.

**Date: February 16, 2021**